IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA A. SCRUGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1148 |
| | ) |
| RETAIL VENTURES, INC., trading and | ) Chief Judge Ambrose |
| doing business as DSW SHOE | ) Magistrate Judge Hay |
| WAREHOUSE, INC., trading and doing | ) |
| business as VALUE CITY DEPARTMENT | ) |
| STORES, INC., SCHOTTENSTEIN | ) |
| STORES CORPORATION, and | ) |
| SENSORMATIC ELECTRONICS | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

AND NOW, this _4th_ day of ~~January~~, 2008, after the plaintiff, Cynthia Scruggs,

filed an action in the above-captioned case, and after a Motion for Summary Judgment was filed

by defendant Sensormatic Electronics Corporation, and after a Report and Recommendation was

filed by the United States Magistrate Judge granting the parties until January 28, 2008, to file

written objections thereto, and no objections having been filed, and upon independent review of

the record, and upon consideration of the Magistrate Judge's Report and Recommendation,

which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment (Doc. 28 )

filed by defendant Sensormatic Electronics Corporation is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the parties/plaintiff/defendant desire(s) to appeal from this Order

they/he/she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3,

Fed. R. App. P.

Sanetta F. Ambrase

DONETTA W. AMBROSE
United States District Judge

cc:    Honorable Amy Reynolds Hay
       United States Magistrate Judge

       All Counsel of Record by electronic filing